**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **ARCHAMBEAU, STEVEN & KELLY**

Chapter 13 Case No.    **11-30517**

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NORTH STAR CAPITAL ACQUISTION<br>C/O ZENITH ACQUISTION COPRT<br>55 BEATTIE PLACE, SUITE 110<br>GREENVILLE, SC 29601 | 5 | $2,578.93 | $961.10 |
| ZENITH ACQUISTION CORP<br>PO BOX 850<br>AMHERST, NY 14226 | 6 | $6,607.86 | $2,455.63 |

**TOTAL TO CLERK'S FUND**                                                           $3,416.73

**April 28, 2015**                                        /s/ Kyle L Carlson
DATE                                                              TRUSTEE