UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor:                                    ARCHAMBEAU, STEVEN & KELLY

Chapter 13 Case No.                        11-30517

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NORTH STAR CAPITAL ACQUISTION<br>C/O ZENITH ACQUITION CORP<br>PO BOX 850<br>AMHERST, NY  14226 | 6 | $6,607.86 | $6.93 |

TOTAL TO CLERK'S FUND                                                                 $6.93


            May 27, 2015                          /s/ Kyle L Carlson
DATE                                              TRUSTEE