United States Bankruptcy Court for the
District of North Dakota

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF
NORTH DAKOTA

2016 MAY 16 P 1:54

FILED

IN RE:

Case No. 11-30517

Steven & Kelly Archambeau

_____Debtor(s)_____ /

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $958.03 was issued by the trustee to North Star Capital Acquisition, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

**CREDITOR'S** current address, phone number and social security number are:

> Resurgent Capital Services LP
> Latoya McDowell  Data Specialist
> 55 Beattie Place, Ste-110
> Greenville, SC 29601
> 864-248-8372
> Last Four Digits of SSN/Tax ID: 9845

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor North Star Capital Acquisition, Claim Numbers 5 and 6 were transferred to LVNV Funding LLC on 04/01/2015 as evidenced by Exhibit A. Resurgent Capital Services LP, as servicer, is authorized to collect on behalf of LVNV Funding, LLC, as evidenced by Exhibit B.

**APPLICANT IS A FUNDS LOCATOR** and this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. The U.S. Attorney for the District of North Dakota has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Resurgent Capital Services LP, creditor, hereby petitions the Court for $958.03, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE**, an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Resurgent Capital Services LP c/o Dilks & Knopik, LLC, applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: 35308 SE Center St, Snoqualmie, WA 98065-9216.

Respectfully Submitted:

Dated: May 10, 2016

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC

On <u>May 10, 2016</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

_____
Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

RE: Steven & Kelly Archambeau )  Case: 11-30517
) 
) 
) 
)  **AUTHORITY TO ACT**
)  **Limited Power of Attorney**
Debtor(s) )  **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Resurgent Capital Services LP** with a tax identification number of **XX-XXX9845** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$958.03** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Latoya McDowell - Data Specialist

5\3\16
Date

**RESURGENT**
*Capital Services*

*Latoya McDowell*
*Data Specialist*

www.resurgent.com

55 Beattie Place
Suite 400
Greenville, SC 29601

Mailing Address:
55 Beattie Place
Ste. 110, MS - 127
Greenville, SC 29601

Phone:  864-248-8305
Fax:    866-468-2055

lmcdowell@resurgent.com

### ACKNOWLEDGMENT

STATE OF SOUTH CAROLINA ) COUNTY OF GREENVILLE )

On this **3** day of **May**, 2016, before me, the undersigned Notary Public in and for the said County and State, personally appeared Latoya McDowell known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _____
Erica L Benbow

Residing at: Greenville, SC
My Commission expires: 12/2/2023

ERICA L BENBOW
Notary Public, South Carolina
My Commission Expires
December 02, 2023





The undersigned being first duly sworn and states that LaToya McDowell is an employee and is authorized to execute and deliver all documents pertaining to the recovery of unclaimed, lost or abandoned property owing to Resurgent Capital Services LP or the other companies it services. LaToya McDowell is further authorized to execute claim documents on behalf of Resurgent Capital Services LP, or the companies it services, as required for any and all claims(s) submitted for unclaimed, lost or abandoned property.

*Lisa Landreth* Dated 3/27/2014

Lisa Landreth-Manager of Contract Management

STATE OF South Carolina, County of Greenville

On 3/27/2014, before me, personally appeared Lisa Landreth

Lisa Landreth personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within the instrument and acknowledged to me that he/she /they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or he entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

*Nancy Gosnell*

NANCY GOSNELL
Notary Public, South Carolina
My Commission Expires
February 04, 2024

Notary Public



**SOUTH CAROLINA**
DEPARTMENT OF MOTOR VEHICLES
DRIVER'S LICENSE

ANDRETH LISA R    DL#:
                  Expires:
REENVILLE SC 296176183

ass: D   Hgt: 5-04   Wgt: 140
   F     DOB:
  Ied: 05-05-2005   230   R 4



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RE:<br><br>Steven & Kelly Archambeau<br><br>Debtor(s) | Case: 11-30517<br><br>**AFFIDAVIT OF INDEBTEDNESS** |

ORIGINAL CREDITOR: North Star Capital Acquisition
ORIGINAL CREDITOR ACCOUNT NUMBER: xxxx-xxxx-xxxx-0949
RESURGENT'S REFERENCE NUMBER: 508405413

I, Latoya McDowell, Data Specialist for Resurgent Capital Services LP, under the penalty of perjury under the laws of the United States of America, declare that the following statements and information are true and correct to the best of my knowledge:

1. I am over the age of 18 and competent to provide this affidavit;

2. I am a Data Specialist for Resurgent Capital Services LP, master servicer and attorney-in-fact for LVNV Funding LLC, and am authorized to execute this affidavit on behalf of LVNV Funding LLC.

3. I have access to and have reviewed the business records maintained by LVNV Funding LLC with respect to the above-referenced loan account (the "Account") currently held and owned by LVNV Funding LLC.

4. The Account was originally owned by North Star Capital Acquisition, LLC.

5. North Star Capital Acquisition, LLC transferred, sold, assigned, and conveyed the Account to Sherman Originator III LLC on or about 12/30/2011. Sherman Originator III LLC subsequently transferred, sold, assigned and conveyed the Account to LVNV Funding LLC on or about 12/30/2011.

6. Thereafter, as reflected in the chain of assignment, all rights, title and interest in and to the Account was transferred, assigned, and conveyed to LVNV Funding LLC on or about 12/30/2011.

7. LVNV Funding LLC is the current and rightful owner of the Account and this claim has not been sold or assigned.

8. Resurgent Capital Services LP, as the servicer of the Account, is authorized to submit this claim on behalf of LVNV Funding LLC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

9. The last payment received on the Account was received on 12/23/2014, in the amount of $49.23.

10. An outstanding balance of $830.26 still remains on this Account.

11. I am requesting an order releasing the total amount of $958.03, which is the sum of all monies deposited in this case in the name of North Star Capital Acquisition now currently owing to LVNV Funding LLC.

I pray that the Court will accept this affidavit as proof that LVNV Funding LLC is the owner of this Account and authorized to collect the unclaimed funds.

Dated 5/3/16          By: _____
                          **Latoya McDowell, Data Specialist**

State of South Carolina
County of Greenville

The foregoing instrument was acknowledged before me this __3__ day of __May__, 2016 by Erica L Benbow.

_____
Notary Public
Residing at: Greenville, SC
My Commission Expires: 12/2/2023

ERICA L BENBOW
Notary Public, South Carolina
My Commission Expires
December 02, 2023

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NORTH DAKOTA

In re ___STEVE ARCHAMBEAU___,    Case No. ___11-30517___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ___LVNV Funding LLC___ | ___North Star Capital Acquisition___ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Phone: ___(877) 264-5884___
Last Four Digits of Acct #: ___5413___

Court Claim # (if known): __5__
Amount of Claim: ___$2,578.93___
Date Claim Filed: ___05/25/2011___

Phone: _____
Last Four Digits of Acct. #: ___0949___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Latoya Mcdowell___    Date: ___04/01/2015___
Transferee/Transferee's Agent

**Exhibit A**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NORTH DAKOTA

In re ____STEVE ARCHAMBEAU____,  Case No. ____11-30517____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ____LVNV Funding LLC____ | ____North Star Capital Acquisition____ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  LVNV Funding LLC
  c/o Resurgent Capital Services
  PO Box 10587
  Greenville, SC 29603-0587

Court Claim # (if known): __6__
Amount of Claim: ____$6,607.86____
Date Claim Filed: ____05/25/2011____

Phone: __(877) 264-5884__
Last Four Digits of Acct #: __1426__

Phone: _____
Last Four Digits of Acct. #: __0144__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ LaToya McDowell__        Date: ____04/01/2015____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Exhibit A**

DATE MAY 13 2014
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
*[signature]*
REGISTER OF DEEDS, GREENVILLE COUNTY

## Limited Power of Attorney

WHEREAS **LVNV Funding, LLC** ("Grantor") has retained the services of **Resurgent Capital Services LP** ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 3rd day of June, 2009.

GRANTOR: LVNV Funding, LLC
By: _____
Name: _____
Title: _____

Resurgent Capital Services LP
By: _____
Name: Michael A. Carter
Title: Senior Vice President

**Exhibit B**

BOOK: 2358 PAGE: 589

Witnessed by: Alison Kelly
Name: Alison Kelly

Witnessed by: Casi Grady
Name: Casi Grady

STATE OF South Carolina
COUNTY OF Charleston

On this, the 3rd day of June, 2009, the foregoing instrument was acknowledged before me, a notary public, in and for the State of SC by the parties hereto, personally known to me, by me duly sworn, did say that each was a duly authorized signatory for their respective entities.

Donette M. Stovall
Notary Public
My Commission Expires 7/30/2013



FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2009046485   Book:DE 2358   Page:588-589
June 10, 2009  11:29:49 AM

Timothy J. Nanney

**Exhibit B**

## PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on May 10, 2016 a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the U.S. Attorney for the District of North Dakota, 655 First Ave. North , Suite 250, Fargo, ND 58102-4932 via U.S. Mail.

Dated: May 10, 2016

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for
Resurgent Capital Services LP