UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Steven D. Archambeau and
Kelly A. Archambeau,   Bankruptcy Case No. 11-30517
Chapter 13

Debtors.

**ORDER FOR RELEASE OF UNCLAIMED FUNDS**

On May 16, 2016, claimant LVNV Funding LLC, c/o Resurgent Capital Services LP, as servicer, filed and served an Application for Release of Unclaimed Funds. The Court received no objections to the application. Upon review of the application and documents filed in this case, the Court finds that the claimant fulfilled the requirements of D.N.D. Bankr. L.R. 3011-1 and established cause for the relief it seeks. Therefore,

IT IS ORDERED that the Application for Release of Unclaimed Funds is GRANTED. A Power of Attorney granting authority to Dilks & Knopik, LLC to petition the Court and collect funds on behalf of the claimant was filed with the application. Therefore, IT IS FURTHER ORDERED that the Clerk, United States Bankruptcy Court, shall pay unclaimed funds in the amount of $958.03 to the order of <u>LVNV Funding, LLC, c/o Resurgent Capital Services, LP, c/o Dilks & Knopik, LLC</u> and mail the check to <u>35308 SE Center St., Snoqualmie, WA 98065-9216.</u>

Dated: June 3, 2016

/s/   SHON HASTINGS
Shon Hastings, Judge
United States Bankruptcy Court